UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

UNITED STATES OF AMERICA

vs.                                                         CASE NO. : 4:25-cr-01340-JD-1

John Paul Miller

## PLEA

The Defendant acknowledges receipt of a copy of the INDICTMENT and after arraignment pleads not guilty in open court.

_____
(Signed)    Defendant

Florence, South Carolina
January 12, 2026