IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No:  4:25-cr-01340-JD-1 |
| | ) | |
| vs. | ) | Waiver of Rights |
| | ) | (Speedy Trial Act) |
| John Paul Miller | ) | |
| _____ | ) | |

My attorney has informed me of my rights under the Speedy Trial Act. I wish to waive my rights under that law and have my case continued past the upcoming term of Court. I make this waiver with a full understanding of my rights to have this matter heard according to the requirements of the Speedy Trial Act. This waiver is made voluntarily. No one has forced, threatened, or enticed me to sign this waiver. I make this waiver of my own free will and accord.

Date: 1-12-2026

_____
Defendant's Signature

_____
Defense Counsel's Signature