IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:25-1340 |
| | ) | |
| | ) | |
| -vs- | ) | MOTION FOR |
| | ) | CONTINUANCE |
| | ) | |
| JOHN PAUL MILLER | ) | |

NOW COMES the Defendant, John Paul Miller by and through undersigned counsel, who requests a continuance of the pretrial conference this Court has set for March 12, 2026, and the corresponding jury selection date. Defense counsel has consulted with the Government, and the Government consents to this Motion.

In support of his Motion, the Defendant would state that defense counsel and the Government have recently communicated for the purpose of allowing the Defendant to more fully understand the discovery the Government has produced and for the purpose of understanding the Government's position as to how the law applies to this case. The Defendant requests a continuance to allow him more time to engage with the Government on these and other topics.

On both March 2, 2026, and before, defense counsel reviewed with the Defendant in person, via email, and/or on the telephone his rights to a Speedy Trial under federal law, and he voluntarily, intelligently, and knowingly waives his rights to a Speedy Trial.[1] Under

---

[1] See Exhibit 1.

these circumstances, a continuance would serve "the ends of justice (because) . . . such action outweigh(s) the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the Defendant seeks a continuance of the pretrial conference on March 12, 2026, and the corresponding jury selection date.

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
12 Whitsett Street
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
Federal ID # 10013

s/ Nathan S. Williams
Attorney for Defendant
Law Offices of Nathan S. Williams
266 W. Coleman Blvd., Ste. 204
Mount Pleasant, South Carolina 29464
(843) 473-7000
nathan@scfederaldefense.com
Federal ID # 10400

Greenville, South Carolina
March 3, 2026.