IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:25-1340 |
| | ) | |
| -vs- | ) | NOTICE OF REQUEST |
| | ) | FOR PROTECTION |
| JOHN PAUL MILLER | ) | |

The undersigned, Andrew B. Moorman, Sr., seeks protection from court appearances on the following dates:

- **April 6- April 10, 2026-** The undersigned has a family vacation scheduled during this period.

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
12 Whitsett Street
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
Federal ID # 10013

Greenville, South Carolina
March 9, 2026.