**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

**NOTICE OF PRETRIAL CONFERENCES**

PLEASE TAKE NOTICE that the following cases are scheduled for Pretrial Conference in the McMillian Federal Building, 401 W Evans Street, Florence, South Carolina, Courtroom #1 before the Honorable Joseph Dawson, III on: **April 14, 2026.**

Should the parties require more time to work towards the disposition of the case, a Motion to Continue is appropriate. Motions to Continue shall state a reason under 18 U.S.C. §3161(h)(7)(B) why a continuance is requested. Motions should also include the signature of the defendant waiving his/her rights to a speedy trial and indicate consent of the Assistant U.S. Attorney.

A Pretrial Conference date is for entering a change of plea or to request a trial.

**Motions to Continue must be filed one week before the scheduled Pretrial Conference.**

Once a plea agreement is filed or the Court is informed that the defendant will be entering a change of plea, a change of plea hearing will be set.

The Government is requested to e-file an element sheet.

**JURY SELECTION**
**will be held April 21, 2026, at 9:00 AM**

in the McMillian Federal Building, 401 W Evans Street, Florence, South Carolina, Courtroom #1, before the Hon. Joseph Dawson III.

Pursuant to the Local Rules of this court, counsel must submit any proposed voir dire questions and special jury instructions to the court (with a copy being sent to opposing counsel) at least seven (7) business days prior to jury selection. If such requests are not made by the deadline, counsel shall have waived the right to submit them.

The Supplemental Juror Questionnaires and juror lists will be uploaded into CM/ECF and be made electronically available to counsel of record only. The juror questionnaires and jury lists will be docketed in the case and available for review beginning seven (7) days prior to jury selection. PACER fees will apply. To obtain access a Juror Questionnaire/List Request Form must be docketed in this case, using the Certification -Juror Questionnaire and List Request event, found under Other Filings -Trial Documents. The juror questionnaires and lists and the information obtained therefrom are privileged and shall be kept confidential and shall not be shared with anyone other than the US Attorney or Federal Public Defender organization without written consent of the United States District Court. This information shall be used solely for evaluating potential jurors for service in this case and shall not be used for any other purpose. Further, the requesting party must certify, before access will be granted, that immediately after trial, he

or she will destroy all copies, whether paper or electronic, of completed juror questionnaires, juror lists, and any other documents containing information obtained from the completed juror questionnaires. Failure to adhere to the above requirements would be in violation of 28 U.S.C. § 1867(f) and the District of South Carolina's Amended Jury Selection Plan Order.

Entered at the direction of the Court
ROBIN L. BLUME, CLERK
US DISTRICT COURT

**PRETRIALS:**                                              **April 14, 2026**
**MOTIONS TO CONTINUE (NO LATER THAN):**   **one week prior to pretrial date**
**JURY SELECTION:**                                        **April 21, 2026**

**10:30 AM**

| | |
|---|---|
| 4:22-cr-674 | AUSA Everett McMillian |
| Rafael Contreras *(Interpreter Needed)* | Tam McBratney, Ret |
| | |
| 4:25-cr-01049-JD | AUSA Everett McMillian |
| -1 Juan Carlos Picos Ochoa | AFPD Michael Meetze |
| (Interpreter Needed) | |
| 4:22-cr-0057-JD | AUSA Lauren Hummel |
| Catalina Romero | Brendan Barth, CJA |
| | |
| 4:22-cr- 00142-JD | AUSA Lauren Hummel |
| Quincy Aaron Moses, Jr | AFPD Edmund Neyle |
| | |
| 4:23-cr-00202-JD-2 | AUSA Mary-Ellen Walter |
| Kwamane Smith | Thomas Boutchette, CJA |
| | |
| 4:23-cr-00306-JD | AUSA L Hummel, N. Bianchi |
| -1 Sheldon Junior Alexander | N.Williams, E.Sapone, Ret |
| | |
| 4:23-cr-00400-JD-1 | AUSA Scott Hixson |
| Walter Trimeatrish Washington | Rose Mary Parham, Ret |
| | |
| 4:23-cr-00531-JD | AUSA Whitney Sowards |
| Curtis Antonio Jamison | Derek Shoemake, CJA |
| | |
| 4:23-cr-00675-JD | AUSA Lauren Hummel |
| -2 Kinsley Taylor Austin | Brendan Barth, CJA |
| | |
| 4:23-cr-00778-JD-1 | AUSA Lauren Hummel |
| Terrance Lee Davis, Jr | Rose Mary Parham, Ret |

4:23-cr-00939-JD                                    AUSA Everett McMillian
Terry Lee Brown                                     Jim Hoffmeyer, Ret

4:23-cr-966-JD                                       AUSA Everett McMillian
Chester Laquan Brown, III        Plea               Aimee Zmroczek, Ret

4:24-cr-00576-JD                                    AUSA Lauren Hummel
-1 Benjamin Lee Mercer, Sr                          AFPD Casey Riddle
-2 Benjamin Lee Mercer, Jr                          Robert E. Lee, CJA

4:24-cr-00679-JD                                    AUSA Everett McMillian
Robert Leon Sweet                                   Derek Shoemake, CJA

4:24-cr-00680-JD-1                                  AUSA Everett McMillian
Donte Marcellous Kirksey                            Rose Mary Parham, Ret

4:24-cr-00823-JD-1                                  AUSA Everett McMillian
Daiquan Tyleeke Bellamy                             Rose Mary Parham, Ret

4:24-cr-00930-JD                                    AUSA Everett McMillian
-1  Jawan Rayel White                               Todd Rutherford, Ret
-6 Christian Vargas                                 William B von Herrmann, CJA

**1:30 PM**
4:24-cr-00932-JD                                    AUSA Everett McMillian
-6 Bradley Scott Driggers                           D. Craig Brown, Ret.

4:25-cr-0082-JD                                     AUSA Joshua Holford
William Gamere Culver                               Bentley Price, Ret.

4:25-cr-364-JD                                      AUSA Lauren Hummel
Robert Marrece Moody                                Thurmond Brooker, Ret

4:25-cr-374-JD                                      AUSA Everett McMillian
-1 Jeremiah Levon Grant                             AFPD Casey Riddle
-2 Tyrone Louis Harts, Jr                           Joseph Clay Hopkins, Ret

4:25-cr-377-JD                                      AUSA Lauren Hummel
-3 Ramsey Adam Currie                               Ray Chandler, Ret.

4:25-cr-510-JD                                      AUSA Lauren Hummel
Talisha Fatina Cooper                               AFPD Edmund Neyle

| | |
|---|---|
| 4:25-cr-611-JD<br>Isaiah Walik Williams | AUSA Joshua Holford<br>AFPD Edmund Neyle |
| 4:25-cr-00616-JD-1<br>Joshua Aaron Darden | AUSA Lauren Hummel<br>AFPD Michael Meetze |
| 4:25-cr-00827-JD<br>William R Lafferty | AUSA Scott Hixson<br>Robert Bruce, Ret |
| 4:25-cr-00913-JD<br>Simon Boyd | AUSA Mary-Ellen Walter<br>AFPD M. Meetze, E. Neyle |
| 4:25-cr-1137-JD<br>Gregory Lamont Benjamin | AUSA Lauren Hummel<br>AFPD Edmund Neyle |
| 4:25-cr-1138-JD<br>Sevren Dasean Godbolt | AUSA Everett McMillian<br>AFPD Edmund Neyle |
| 4:25-cr-01139-JD<br>Kristen Taylor Porter | AUSA Everett McMillian<br>AFPD Edmund Neyle |
| 4:25-cr-01263-JD<br>Darius Raytez Clark | AUSA Lauren Hummel<br>AFPD Edmund Neyle |
| 4:25-cr-01265-JD<br>Chuck Berry Collington | AUSA Mary-Ellen Walter<br>AFPD Edmund Neyle |
| 4:25-cr-01266-JD<br>Johnny Jermain Crawford | AUSA Everett McMillian<br>AFPD Casey Riddle |
| 4:25-cr-01267-JD<br>Ja'Quavious Bradshaw | AUSA Everett McMillian<br>Jay Jordan, Jr, CJA |
| 4:25-cr-01268-JD<br>Jeffrey Lamon Jordan | AUSA Joshua Holford<br>William Monkton, IV, Retained |
| 4:25-cr-01340-JD<br>John Paul Miller | AUSA Elle Klein<br>Nathan Williams, Ret<br>Andrew Moorman, Ret |
| 4:26-cr-00035-JD<br>Elieser Then | AUSA Lauren Hummel<br>AFPD Edmund Neyle |
| 4:26-cr-00036-JD<br>Lennie P. Wilson | AUSA Kerry McTigue<br>AFPD Casey Riddle |

| | |
|---|---|
| 4:26-cr-00055-JD<br>Brolyn Shquan Mallow Henry | AUSA Everett McMillian<br>AFPD Edmund Neyle |
| 4:26-cr-00056-JD<br>Kelvin Mitchell, II | AUSA Everett McMillian<br>AFPD Edmund Neyle |
| 4:26-cr-00057-JD<br>Jaremy Alexander Smith | AUSAs E McMillan, C Lietzow<br>AFPDs E Paavola, E Soderdahl,<br>K Stevens |
| 4:26-cr-00059-JD<br>Winferd Junior Sherman | AUSA Scott Hixson<br>AFPD Casey Riddle |
| 4:26-cr-00060-JD<br>Nathaniel Antwuan Singletary | AUSA Lauren Hummel<br>AFPD Casey Riddle |
| 4:26-cr-00061-JD<br>Deangelo James Enoch, Jr | AUSA Lauren Hummel<br>AFPD Casey Riddle |
| 4:26-cr-00151-JD<br>Kelly Gerod Smith | AUSA Everett McMillian<br>AFPD Edmund Neyle |
| 4:26-cr-00153-JD<br>Deandre Cymone Buard | AUSA Everett McMillian<br>AFPD Casey Riddle |