IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:25-1340 |
| | ) | |
| | ) | |
| -vs- | ) | MOTION FOR |
| | ) | CONTINUANCE |
| | ) | |
| JOHN PAUL MILLER | ) | |

NOW COMES the Defendant, John Paul Miller, by and through undersigned counsel, who requests a continuance of the pretrial conference this Court has set for April 14, 2026, and the corresponding jury selection date. Defense counsel has consulted with the Government, and the Government consents to this Motion.

In support of his Motion, the Defendant would show that five days ago the Government made additional discovery available. This discovery is voluminous and defense counsel needs additional time to review the new discovery and digest it prior to meeting with the Defendant to conduct a meaningful review with him. The Defendant requests a continuance to allow him and defense counsel more time to review the discovery the Government originally produced as well as the latest production, which the Government produced this week.

On April 3, 2026, and before, defense counsel reviewed with the Defendant in person, via email, and/or on the telephone his rights to a Speedy Trial under federal law,

1

and he voluntarily, intelligently, and knowingly waives his rights to a Speedy Trial.[1] Under these circumstances, a continuance would serve "the ends of justice (because) . . . such action outweigh(s) the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the Defendant seeks a continuance of the pretrial conference on April 14, 2026, and the corresponding jury selection date.

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
12 Whitsett Street
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
Federal ID # 10013

s/ Nathan S. Williams
Attorney for Defendant
Law Offices of Nathan S. Williams
266 W. Coleman Blvd., Ste. 204
Mount Pleasant, South Carolina 29464
(843) 473-7000
nathan@scfederaldefense.com
Federal ID # 10400

Greenville, South Carolina
April 4, 2026.

---

[1] See Exhibit 1.  The undersigned apologizes for the formatting issues present in exhibit 1.