

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: ALL CRIMINAL MATTERS | ) | **STANDING ORDER** |
| ASSIGNED TO JUDGE DAWSON | ) | |

The following deadlines will apply to all criminal matters before Judge Dawson:

1. **COMMUNICATIONS WITH THE COURT**:  Please send all emails regarding criminal cases to  Dawson_ecf@scd.uscourts.gov  instead of chamber staff.  Emails must include the defendant's name and criminal case number in the subject line.

2. Defense Attorneys are **required** to meet with their client(s) before scheduled Pretrials and Pleas.

3. **Motions to Continue** a pretrial conference **must** be filed one week before the scheduled pretrial conference and **must** state at least one reason under 18 U.S.C. § 3161(h)(7)(B) for the requested continuance.  Motions **must** include whether the requestor has consulted with opposing counsel and whether opposing counsel consents, opposes, or has no objection to the request. Defense motions for continuance **must** include a Speedy Trial Act waiver by the defendant, if it is waived.

4. **Motions to Suppress** require written briefs, which **must** be filed no later than one week before a scheduled pretrial conference **unless** a motion to continue has been filed according to the requirements above.  If a motion to continue is granted, Motions to Suppress must be filed one week before the date of the next pre-trial conference.

5. **All other Pre-Trial Motions** must be filed no later than ten (10) days before jury selection.

6. **Plea Agreements** must be scanned and electronically filed with the Court no later than one  week before the plea hearing.

7. **Joint Strikes for Cause** shall be completed and emailed to the appropriate courtroom deputy by 8:00 am the business day before jury selection.

8. **Joint Requests for Voir Dire** shall be emailed to chambers at Dawson_ecf@scd.uscourts.gov no later than one week before jury selection. Requests for Voir Dire must include a list of witnesses, their addresses, and, if relevant, each witness's occupation.

9. **Requests to Charge:**  The parties must jointly submit one set of requests to charge to chambers via email at Dawson_ecf@scd.uscourts.gov no later than one week before trial. If the parties cannot agree upon one entire set, they are required to submit joint instructions that have been agreed upon and submit supplemental instructions that have not been agreed on.  Each supplemental instruction should list the party requesting the instruction and any party's objection to the instruction.  Legal authority should be cited in all instructions.

10. **Trial Briefs:**  The parties must submit trial briefs to chambers via email at Dawson_ecf@scd.uscourts.gov no later than ten days before **trial**.  Trial Briefs can be *ex parte* and, therefore, do not need to be shared with the opposing party.

11. **Trial Exhibits:**  Opposing counsel shall, before trial, meet to agree and mark all exhibits to be used at trial and, where possible, agree on the admissibility of all trial exhibits.  If there is an objection to any exhibit, the opposing party must file such objections with the Court at least two days before trial.

12. **Sentencing Memorandums, Motions for Downward Departure, Motions for Variance, Motions to Reduce Sentence, or any motion regarding sentencing guidelines** must be filed no later than **two weeks** before sentencing.  Responses are due **one week** before sentencing.

13. Failure to timely file or comply with the requirements of this standing order may result in sanctions or a waiver of any request.


IT IS SO ORDERED.

Joseph Dawson, III
United States District Judge