IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:25-1340 |
| | ) | |
| | ) | |
| -vs- | ) | MOTION FOR CONTINUANCE |
| | ) | |
| | ) | |
| JOHN PAUL MILLER | ) | |

NOW COMES the Defendant, John Paul Miller, by and through undersigned counsel, who requests a continuance of the pretrial conference this Court has set for May 20, 2026,[1] and the corresponding jury selection date. Defense counsel has consulted with the Government, and the Government consents to this Motion.

In support of his Motion, the Defendant would show that the Government has made additional discovery available within the last 45 days. This discovery is voluminous. Further, defense counsel anticipates having to conduct an independent investigation in conjunction with the evidence the Government has produced thus far. The Defendant requests a continuance to allow him and defense counsel more time to review the discovery the Government has produced and to potentially, independently investigate evidence contained therein.

The nature of the discovery, the fact that the Defendant and his counsel each is

[1] Originally, the Court set the pretrial date for May 21, 2026. However, on May 12, 2026, it rescheduled the hearing to May 20, 2026.

located in three different cities, and the likelihood of defense counsel's independent investigation based on recently provided discovery suggests that a delay of more than 30 days is necessary. Therefore, the Defendant, with the consent of the Government, would request a continuance of 120 days of a pretrial date and the corresponding jury selection date from the date of the filing of this Motion.

On May 12, 2026, and before, defense counsel reviewed with the Defendant in person, via email, and/or on the telephone his rights to a Speedy Trial under federal law, and he voluntarily, intelligently, and knowingly waives his rights to a Speedy Trial.[2] Under these circumstances, a continuance would serve "the ends of justice (because) . . . such action outweigh(s) the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the Defendant seeks a continuance of the pretrial conference on May 20, 2026, and the corresponding jury selection date, and a period of 120 days prior to the next pretrial date in this case.

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
12 Whitsett Street
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
Federal ID # 10013

[2] See Exhibit 1.

s/ Nathan S. Williams___________
Attorney for Defendant
Law Offices of Nathan S. Williams
266 W. Coleman Blvd., Ste. 204
Mount Pleasant, South Carolina 29464
(843) 473-7000
nathan@scfederaldefense.com
Federal ID # 10400

Greenville, South Carolina
May 12, 2026.