IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

UNITED STATES OF AMERICA      )      CR. NO.: 4:25-cr-01340-JD
      )
      )
-vs-      )      MOTION FOR
      )      CONTINUANCE
      )
JOHN PAUL MILLER      )

NOW COMES the Defendant, John Paul Miller, by and through undersigned counsel, who requests a continuance of the pretrial conference this Court has set for July 8, 2026, and the corresponding jury selection date. Defense counsel has consulted with the Government, and the Government consents to this Motion.

In support of his Motion, the Defendant would show that discovery in the case is ongoing and defense counsel needs additional time to consider and conduct any independent investigation. The Defendant requests a continuance to allow him and defense counsel to effectively review discovery and to potentially conduct their independent investigation.

Therefore, the Defendant, with the consent of the Government, would request a continuance to the Court's next scheduled pretrial date and the corresponding jury selection date from the date of the filing of this Motion.

On June 24, 2026, and before, defense counsel reviewed with the Defendant in person, via email, and/or on the telephone his rights to a Speedy Trial under federal law,

and he voluntarily, intelligently, and knowingly waives his rights to a Speedy Trial.[1]  Under these circumstances, a continuance would serve "the ends of justice (because) . . . such action outweigh(s) the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the Defendant seeks a continuance of the pretrial conference on July 8, 2026, and the corresponding jury selection date, to the next pretrial date in this case.

<div style="margin-left:45%">

Respectfully submitted,


s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
12 Whitsett Street
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
Federal ID # 10013


s/ Nathan S. Williams
Attorney for Defendant
Law Offices of Nathan S. Williams
266 W. Coleman Blvd., Ste. 204
Mount Pleasant, South Carolina 29464
(843) 473-7000
nathan@scfederaldefense.com
Federal ID # 10400

</div>

Charleston, South Carolina
June 24, 2026.

---

[1]  See Exhibit 1.