**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

**NOTICE OF PRETRIAL CONFERENCES**

PLEASE TAKE NOTICE that the following cases are scheduled for Pretrial Conference in the McMillian Federal Building, 401 W Evans Street, Florence, South Carolina, Courtroom #1 before the Honorable Joseph Dawson, III on: **August 25, 2026.**

Should the parties require more time to work towards the disposition of the case, a Motion to Continue is appropriate. Motions to Continue shall state a reason under 18 U.S.C. §3161(h)(7)(B) why a continuance is requested. Motions should also include the signature of the defendant waiving his/her rights to a speedy trial and indicate consent of the Assistant U.S. Attorney.

A Pretrial Conference date is for entering a change of plea or to request a trial.

**Motions to Continue must be filed one week before the scheduled Pretrial Conference.**

Once a plea agreement is filed or the Court is informed that the defendant will be entering a change of plea, a change of plea hearing will be set.

The Government is requested to e-file an element sheet.

**JURY SELECTION**
**will be held September 1, 2026, at 9:00 AM**

in the McMillian Federal Building, 401 W Evans Street, Florence, South Carolina, Courtroom #1, before the Hon. Joseph Dawson III.

Pursuant to the Local Rules of this court, counsel must submit any proposed voir dire questions and special jury instructions to the court (with a copy being sent to opposing counsel) at least seven (7) business days prior to jury selection. If such requests are not made by the deadline, counsel shall have waived the right to submit them.

The Supplemental Juror Questionnaires and juror lists will be uploaded into CM/ECF and be made electronically available to counsel of record only. The juror questionnaires and jury lists will be docketed in the case and available for review beginning seven (7) days prior to jury selection. PACER fees will apply. To obtain access a Juror Questionnaire/List Request Form must be docketed in this case, using the Certification -Juror Questionnaire and List Request event, found under Other Filings -Trial Documents. The juror questionnaires and lists and the information obtained therefrom are privileged and shall be kept confidential and shall not be shared with anyone other than the US Attorney or Federal Public Defender organization without written consent of the United States District Court. This information shall be used solely for evaluating potential jurors for service in this case and shall not be used for any other purpose. Further, the requesting party must certify, before access will be granted, that immediately after trial, he

or she will destroy all copies, whether paper or electronic, of completed juror questionnaires, juror lists, and any other documents containing information obtained from the completed juror questionnaires. Failure to adhere to the above requirements would be in violation of 28 U.S.C. § 1867(f) and the District of South Carolina's Amended Jury Selection Plan Order.

Entered at the direction of the Court
ROBIN L. BLUME, CLERK
US DISTRICT COURT

**PRETRIALS:**                                                  **August 25, 2026**
**MOTIONS TO CONTINUE (NO LATER THAN):**     **one week prior to pretrial date**
**JURY SELECTION:**                                          **September 1, 2026**

**10:30 AM**

| | | |
|---|---|---|
| 4:22-cr-0057-JD | | AUSA Lauren Hummel |
| Catalina Romero | | Brendan Barth, CJA |
| | | |
| 4:23-cr-00202-JD-2 | | AUSA Mary-Ellen Walter |
| Kwamane Smith | | Thomas Bouchette, CJA |
| | | |
| 4:23-cr-00306-JD | | AUSA L Hummel, N. Bianchi |
| -1 Sheldon Junior Alexander | Plea set – 7/24 | N.Williams, E.Sapone, Ret |
| | | |
| 4:23-cr-00400-JD-1 | | AUSA Scott Hixson |
| Walter Trimeatrish Washington | Plea set -7/23 | Rose Mary Parham, Ret |
| | | |
| 4:23-cr-00531-JD | | AUSA Whitney Sowards |
| Curtis Antonio Jamison | | Derek Shoemake, CJA |
| | | |
| 4:23-cr-00675-JD | | AUSA Lauren Hummel |
| -2 Kinsley Taylor Austin | | Brendan Barth, CJA |
| | | |
| 4:23-cr-00778-JD-1 | | AUSA Lauren Hummel |
| Terrance Lee Davis, Jr | | Rose Mary Parham, Ret |
| | | |
| 4:23-cr-00939-JD | | AUSA Everett McMillian |
| Terry Lee Brown | | Jim Hoffmeyer, Ret |
| | | |
| 4:24-cr-00576-JD | | AUSA Lauren Hummel |
| -1 Benjamin Lee Mercer, Sr | | AFPD Casey Riddle |
| | | |
| 4:24-cr-00679-JD | | AUSA Everett McMillian |
| Robert Leon Sweet | | Derek Shoemake, CJA |

| | | |
|---|---|---|
| 4:24-cr-00680-JD-1<br>Donte Marcellous Kirksey | | AUSA Everett McMillian<br>Rose Mary Parham, Ret |
| 4:24-cr-00823-JD-1<br>Daiquan Tyleeke Bellamy | | AUSA Everett McMillian<br>Rose Mary Parham, Ret |
| 4:25-cr-364-JD<br>Robert Marrece Moody | | AUSA Lauren Hummel<br>Thurmond Brooker, Ret |
| 4:25-cr-374-JD<br>-2 Tyrone Louis Harts, Jr | | AUSA Everett McMillian<br>Joseph Clay Hopkins, Ret |
| 4:25-cr-00377-JD-3<br>Ramsey Adam Currie | | AUSA Lauren Hummel<br>Ray Chandler, Ret |
| 4:25-cr-510-JD<br>Talisha Fatina Cooper | | AUSA Lauren Hummel<br>AFPD Edmund Neyle |
| 4:25-cr-610-JD<br>Direz Deon Washington | | AUSA Everett McMillian<br>AFPD Casey Riddle |

**1:30 PM**

| | | |
|---|---|---|
| 4:25-cr-00616-JD-1<br>Joshua Aaron Darden | | AUSA Lauren Hummel<br>AFPD Edmund Neyle |
| 4:25-cr-00827-JD<br>William R Lafferty | | AUSA Scott Hixson<br>Robert Bruce, Ret |
| 4:25-cr-00913-JD<br>Simon Boyd | | AUSA Mary-Ellen Walter<br>AFPD M. Meetze, E. Neyle |
| 4:25-cr-1137-JD<br>Gregory Lamont Benjamin | | AUSA Lauren Hummel<br>Trey Cockrell, CJA |
| 4:25-cr-01139-JD<br>Kristen Taylor Porter | | AUSA Everett McMillian<br>AFPD Edmund Neyle |
| 4:25-cr-1234-JD<br>Worden E Butler | exam | AUSA Elle Klein<br>Derek Shoemake, CJA |
| 4:25-cr-1265-JD<br>Chuck Berry Collington | | AUSA Mary Ellen Walter<br>AFPD Edmund Neyle |

| | |
|---|---|
| 4:25-cr-01266-JD<br>Johnny Jermain Crawford | AUSA Everett McMillian<br>AFPD Casey Riddle |
| 4:25-cr-01268-JD<br>Jeffrey Lamon Jordan | AUSA Joshua Holford<br>William Monkton, IV, Retained |
| 4:25-cr-01340-JD<br>John Paul Miller | AUSA Elle Klein<br>Nathan Williams, Ret<br>Andrew Moorman, Ret |
| 4:26-cr-00035-JD<br>Elieser Then | AUSA Lauren Hummel<br>Jay Ervin, CJA |
| 4:26-cr-00036-JD<br>Lennie P. Wilson | AUSA Kerry McTigue<br>AFPD Casey Riddle |
| 4:26-cr-00055-JD<br>Brolyn Shquan Mallow Henry | AUSA Everett McMillian<br>Shipp Daniel, Ret |
| 4:26-cr-00056-JD<br>Kelvin Mitchell, II | AUSA Everett McMillian<br>AFPD Edmund Neyle |
| 4:26-cr-00057-JD<br>Jaremy Alexander Smith | AUSAs E McMillan, C Lietzow<br>AFPDs E Paavola, E Soderdahl,<br>K Stevens |
| 4:26-cr-00060-JD<br>Nathaniel Antwuan Singletary | AUSA Lauren Hummel<br>AFPD Casey Riddle |
| 4:26-cr-00061-JD<br>Deangelo James Enoch, Jr | AUSA Lauren Hummel<br>AFPD Casey Riddle |
| 4:26-cr-00153-JD<br>Deandre Cymone Buard | AUSA Everett McMillian<br>AFPD Casey Riddle |
| 4:17-cr-782-JD<br>Demetrius Lutress Harshaw | AUSA Lauren Hummel<br>AFPD Edmund Neyle |
| 4:26-cr-372-JD<br>Demetrius Harshaw | AUSA Mary-Ellen Walter<br>AFPD Edmund Neyle |
| 4:26-cv-00374-JD<br>Joshua Levon West | AUSA Joshua Holford<br>AFPD Casey Riddle |

4:26-cr-00474-JD                                          AUSA Scott Hixson
Orlanier Menendez                                         Derek Shoemake, CJA

4:26-cr-565-JD                                            AUSA Joshua Holford
Richard Earl Hemingway                                    AFPD Casey Riddle

4:26-cr-566-JD                                            AUSA Joshua Alford
Kenyada Antonio Alford                                    AFPD Michael Meetze