IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:25-1340 |
| | ) | |
| | ) | |
| -vs- | ) | MOTION FOR CONTINUANCE |
| | ) | |
| | ) | |
| JOHN PAUL MILLER | ) | |

NOW COMES the Defendant, John Paul Miller, by and through undersigned counsel, who requests a continuance of the pretrial conference this Court has set for October 6, 2026, and the corresponding jury selection date. Defense counsel have consulted with the Government, and the Government consents to this Motion.

In support of his Motion, the Defendant would show defense counsel have been actively interviewing perspective witness(es) both for the purpose of preparing for a possible trial and for possible motion(s) in limine. Further, defense counsel and the Government met in person last week, and they discussed the status of discovery and indicated that the parties anticipate doing a discovery audit soon to determine what, if anything, remains left to be produced pursuant to the dictates of Fed.R.Crim.P. 16 and other applicable law. Moreover, defense counsel indicated they would provide the Government with a list of other materials they intend to request from the Government in addition to the discovery requests they already have made. Finally, defense counsel have taken steps to obtain relevant documents from third parties, and they are waiting for these third parties to respond to their requests.

The Defendant requests a continuance to allow him and defense counsel more time to interview witnesses in preparation for trial and to obtain potentially useful documents and other evidence both from the Government and from third parties.

On September 18, 2026, and before, defense counsel reviewed with the Defendant in person, via email, and/or on the telephone his rights to a Speedy Trial under federal law, and he voluntarily, intelligently, and knowingly waives his rights to a Speedy Trial.[1] Under these circumstances, a continuance would serve "the ends of justice (because) . . . such action outweigh(s) the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the Defendant seeks a continuance of the pretrial conference on October 6, 2026, and the corresponding jury selection date.

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
12 Whitsett Street
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
Federal ID # 10013

[1] See Exhibit 1.

s/ Nathan S. Williams
Attorney for Defendant
Law Offices of Nathan S. Williams
266 W. Coleman Blvd., Ste. 204
Mount Pleasant, South Carolina 29464
(843) 473-7000
nathan@scfederaldefense.com
Federal ID # 10400

Greenville, South Carolina
September 22, 2026.