IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **4:25-cr-001340-JD-1** |
| v. | ) | |
| | ) | ORDER FOR CONTINUANCE |
| John Paul Miller, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

The Court finds, based on the reasons set out in the Defendant's motion for a continuance (ECF No 50) and based on consent from the government, that a continuance is justified pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the ends of justice are best served by the granting of this continuance and such continuance outweighs the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the trial of this case is continued from the Court's scheduled term of court for October, 2026, to the January, 2027, term of court, and that all such period of delay is hereby excluded in computing the time within which trial must begin pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

IT IS SO ORDERED.

Joseph Dawson, III
United States District Judge

September 23, 2026
Florence, South Carolina