**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PAUL MILLER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 4:25-cr-001340-JD<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Amy F. Bower of Parker Poe Adams & Bernstein LLP hereby enters this appearance on behalf of defendant John Paul Miller in the above-captioned matter. Court personnel and counsel for all other parties are respectfully requested to include Ms. Bower on future correspondence, notices, pleadings, etc. related to the above captioned litigation and send the same to her at the addresses below.

*s/ Amy F. Bower*

Amy F. Bower - Federal ID No. 11784
PARKER POE ADAMS & BERNSTEIN LLP
850 Morrison Drive, Suite 400
Charleston, South Carolina 29403
Telephone: (843) 727-2650
Facsimile: (843) 727-2680
amybower@parkerpoe.com

*Attorney for the Defendant*

October 9, 2026
Charleston, South Carolina