IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:25-CR-1340 |
| v. | ) | |
| | ) | NOTICE OF APPEARANCE |
| JOHN PAUL MILLER | ) | |

Assistant United States Attorney, Samatha Usher, hereby files this Notice of Appearance in the above-captioned case.

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: s/Samantha Usher
Samantha Usher (#14823)
Assistant U. S. Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
803-929-3000
Samantha.Usher2@usdoj.gov

October 13, 2026